AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FABIAN VAKSMAN,

v.

CRAIG THAYER, UNITED STATES MARSHAL SERVICE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-190-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Section 2241 habeas petition is DENIED; the petition is DISMISSED WITH PREJUDICE; and Judgment is hereby entered in favor of Defendant.

November 10, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb